**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Ms. Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. 08MJ0789 |
| Plaintiff,       ) | |
| v.       ) | **NOTICE OF APPEARANCE** |
| SANDRA RODRIGUEZ,       ) | |
| Defendant.       ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: March 13, 2008        /s/ STEPHEN D. DEMIK
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Defendant
                             Stephen_Demik@fd.org

1
**CERTIFICATE OF SERVICE**

2       Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3 and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4       Courtesy Copy to Chambers

5       Copy to Assistant U.S. Attorney via ECF NEF

6       Copy to Defendant

7

8 Dated: March 13, 2008       /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
9       225 Broadway, Suite 900
San Diego, CA 92101-5030
10       (619) 234-8467 (tel)
(619) 687-2666 (fax)
11       Stephen_Demik@fd.org (email)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28