UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 08MJ 789 |
| | ) ) | ORDER |
| vs. | ) ) | RELEASING MATERIAL WITNESS |
| SANDRA RODRIGUEZ | ) ) ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Francisco Currilo-Villa

DATED: 3/25/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
                DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082