UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>vs. )<br>  )<br>Sandra Rodriguez )<br>  )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj789<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / Order of Court).

Arturo Gerardo Villa-Hernandez

DATED: 3/25/08

LOUISA S. PORTER

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
             DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
         Deputy Clerk